**Steven W. SOUDERS, Plaintiff,**

v.

**FLEMING COMPANIES, INC., Defendant.**

**No. 4:CV95–3407.**

United States District Court, D. Nebraska.

April 17, 1997.

Susan M. Ugai, Ugai & Lindgren, Lincoln, NE, for Plaintiff.

Robert F. Rossiter, Jr., Fraser, Stryker, Vaughn, Meusey, Olson, Boyer & Bloch, P.C., Omaha, NE, for Defendant.

## MEMORANDUM AND ORDER

KOPF, District Judge.

The pretrial conference order in this case presents the question of whether the plaintiff is entitled to a jury trial in this Family and Medical Leave Act case. I conclude that as to liability and back pay, the plaintiff is entitled to a jury trial. *Helmly v. Stone Container Corp.*, 957 F.Supp. 1274 (S.D.Ga.1997). As to equitable issues such as reinstatement and front pay, I conclude that those issues are for the court. *Cf., Newhouse v. McCormick & Co., Inc.*, 110 F.3d 635 (8th Cir.1997).

IT IS SO ORDERED.